**Jose Luis Ojeda MANGANA,
Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

**No. 06–72148.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 18, 2006.*

Filed Sept. 25, 2006.

Jose Luis Ojeda Mangana, Santa Maria,
CA, pro se.

CAC–District Counsel, Esq., Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, San Francisco, CA, Joan E. Smiley, Esq., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and
CLIFTON, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

courts of this circuit except as provided by 9th Cir. R. 360–3.

